**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**NO. 3:14-cv-00694-DJH**

**JANICE HENDERSON,** *Plaintiff*

vs.

**NORTHSTAR LOCATION SERVICES, LLC,** *Defendant*

\* \* \* \* \* \*

**<u>NOTICE OF SETTLEMENT</u>**

 NOW COMES the Plaintiff, JANICE HENDERSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

 Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

              RESPECTFULLY SUBMITTED,

             By: <u>/s/ Shireen Hormozdi</u>
               Shireen Hormozdi
               Krohn & Moss, Ltd
               10474 Santa Monica Blvd., Suite 405
               Los Angeles, CA 90025
               Phone: (323) 988-2400 ext. 267
               Fax: (866) 861-1390
               Attorney for Plaintiff
               FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
